UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| H.F.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-CV-01708-SRW |
| | ) | |
| CITY OF BELLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.

---

**Option 2**

In accordance with the Court's Order Referring Case to ADR,

**X**   A final ADR conference was held on: **September 30, 2025**.

**X**   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.
_____

The ADR referral was concluded on **September 30, 2025** and the parties [☐ did **X** did not] achieve a settlement.

---

**Option 3**

☐   Although this case was referred to ADR, a conference WAS NOT HELD.

**10/23/2025**   _____
Date                      Neutral