

**EVANS & DIXON** LLC

ATTORNEYS AT LAW

Metropolitan Square | 211 North Broadway, Suite 2500 | St. Louis, Missouri 63102
(314) 621-7755 | Fax (314) 621-3136

*Kerry Banahan Dagestad*
*Member*
*314-552-4023  phone*
*314-884-4423  fax*
*kbanahan@evans-dixon.com*

July 15, 2026

Nathan M. Graves, Clerk of Court
United States District Court
Eastern District of Missouri
111 South 10th Street, Suite 3.300
St. Louis, MO 63102
MOEDml_ExecTeam@moed.uscourts.gov

> Re:    James E. Godfrey, Jr.
>        Lead Counsel Designation in
>        *H.S.F. v. Erican B. Sugg, et al. – No. 4:24-cv-1708-SRW*

Dear Mr. Graves:

I am writing you with regard to the above-referenced matter. It is with great sadness that I share with you the passing of my longtime colleague, friend and partner, James E. Godfrey, Jr.. Mr. Godfrey was an integral figure at Evans & Dixon, LLC for more than twenty (20) years, and a decorated litigator in this Court and others. His death leaves both a personal and professional void for all of us at Evans & Dixon, LLC.

If you would be so kind, please direct all future correspondence in this matter to my attention, and remove Mr. Godfrey from all electronic notifications. Because I cannot file on his behalf given his passing, there is no mechanism by which I can 'withdraw' him from the case. As such, I felt this letter would be the most effective form of communication.

Should you have any questions regarding this correspondence, please do not hesitate to contact me directly.

Very Truly Yours,

EVANS & DIXON, LLC

*Kerry Banahan Dagestad*

Kerry Banahan Dagestad

cc:    Via the Court's Electronic Filing System:
       The Honorable Stephen R. Welby
       W. Bevis Schock

**St. Louis**
Missouri | Illinois | Kansas | Nebraska | Iowa | Indiana
www.evans-dixon.com